# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | **SEALED** |
|---|---|---|
| v. | ) | Case No. 4:22MJ3006 |
| | ) | 7:22mj80-1 |
| ROGELIO SALAS, JR. | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ROGELIO SALAS, JR. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Interstate Communications with a Threat to Kidnap or Injure, in violation of Title 18, United States Code, Section 875(c)

Date: Jan 11, 2022

*Issuing officer's signature*

City and state: Lincoln, Nebraska

Cheryl R. Zwart, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/11/2022 , and the person was arrested on *(date)* 1/17/2022
at *(city and state)* Prosrusso, Texas .

Date: 1/18/2022

*Arresting officer's signature*

Elrical Jones - Special Agent
*Printed name and title*