**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:22−mj−00080 |
| | § | |
| Rogelio Salas, Jr | § | |

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for January 21, 2022 at 01:30 PM before United States Magistrate Judge J Scott Hacker at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE

Date of order: **January 18, 2022**

CHARGE(S): 18 USC 875(c).